No. 960.  ARN ET AL. v. BRADSHAW OIL & GAS CO. ET AL.  June 3, 1940.  Petition for writ of certiorari to

the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Homer Cummings* and *T. P. Gore* for petitioners. *Mr. A. F. Moss* for respondents.